IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REBECCA BAUGH and
BENJAMIN BAUGH                                                              PLAINTIFFS

vs.                                       Case No.: 10-5192

PROFESSIONAL CREDIT MANAGEMENT, INC.                                        DEFENDANT

## AFFIDAVIT OF SERVICE

I, the undersigned, being attorney of record for the Plaintiff, state under oath that I caused to be mailed a copy of a Summons and Complaint addressed to the Defendant, Professional Credit Management, Inc., c/o R. Bryant Marshall, Reg. Agent, 500 West Washington, Jonesboro, AR 72401, by certified mail, Article No. 7008 1830 0000 6739 3863 as required by the Arkansas Rules of Civil Procedure, Rule 4 (8)(A).

The undersigned received proof of delivery dated October 22, 2010, by a return receipt signed by Natasha Smith, Agent for R. Bryant Marshall, Reg. Agent, a copy of which is attached to this affidavit as required by the Arkansas Rules of Civil Procedure, Rule 4 (8)(g).

By: _____
Stephen A. Lisle, AR Bar No. 93104
LISLE RUTLEDGE P.A.
1458 Plaza Place, Suite 101
Springdale, AR  72764-5273
(479) 750-4444
(479) 751-6792 (facsimile)

## ACKNOWLEDGEMENT

STATE OF ARKANSAS          )
                           ) S.S.
COUNTY OF WASHINGTON       )

On this the __2nd__ day of November 2010 before me, Marilynn R. Curry, the undersigned officer, personally appeared STEPHEN A. LISLE, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires:

MARILYNN R. CURRY
Washington County
My Commission Expires
September 19, 2011

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature: Natasha Smith]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Natasha Smith    C. Date of Delivery: 10-22-10 |
| 1. Article Addressed to:<br>Professional Credit Mgmt, Inc.<br>%  R. Bryant Marshall, Reg. Agent<br>500 West Washington<br>Jonesboro, AR  72401 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>THOMPS |
| CERTIFIED | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1830 0000 6739 3863 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540