IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


REBECCA BAUGH, ET UX                                    PLAINTIFFS

V.                          NO. 10-5192

PROFESSIONAL CREDIT MANAGEMENT, INC.                    DEFENDANT


INITIAL SCHEDULING ORDER

Effective August 15, 2005, all documents filed with the United States District Court for the Western District of Arkansas must be filed electronically.  To obtain registration forms, review the CM/ECF administrative procedures, and to learn more about electronic filing, please visit our web site at www.arwd.uscourts.gov.

1.  It appears to the court that the issues are joined in this matter, and the court has tentatively scheduled it for **JURY** trial in **FAYETTEVILLE**, Arkansas, at the call of the court during the week of **DECEMBER 12, 2011**.

2.  The parties are directed to conduct their **F.R.C.P 26(f)** conference no later than **DECEMBER 16, 2010**, and to file a Joint Report of such conference within fourteen days after it is conducted.  Counsel and unrepresented parties should consult **F.R.C.P. 26(f)** for guidance in conducting the conference and preparing the Joint Report.

3.  Any unresolved disputes concerning the Joint Report or the trial date should be noted on the last page of the Joint Report, and if not so noted, will be deemed waived.

   4.   The court will issue a Final Scheduling Order on **JANUARY 18, 2011** which will govern this case.

   **IT IS SO ORDERED** this **16th** day of **November**, **2011**.


                              **/s/ Jimm Larry Hendren**
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**