IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REBECCA BAUGH and
BENJAMIN BAUGH                                                                          PLAINTIFFS

vs.                         Case No.: 10-5192

PROFESSIONAL CREDIT MANAGEMENT, INC.                                     DEFENDANT

STIPULATION FOR DISMISSAL

It is stipulated and agreed by the Plaintiffs, Rebecca Baugh and Benjamin Baugh, in the above-styled action against the Defendant, Professional Credit Management, Inc., that the Plaintiff's claims in this action shall be dismissed with prejudice, each party assuming its own costs and attorneys' fees.

This the 2nd day of December 2010.

| | |
|---|---|
| Stephen A. Lisle | R. Bryant Marshall |
| Lisle Rutledge P.A. | Marshall & Owens, P.A. |
| 1458 Plaza Place, Suite 101 | 500 West Washington |
| Springdale, AR   72764-5271 | Jonesboro, AR   72401 |
| | |
| By: /s/ Stephen A. Lisle | By: /s/ R. Bryant Marshall |
| Stephen A. Lisle, ABA #94103 | R. Bryant Marshall, ABA # 90017 |
| Attorney for the Plaintiffs | Attorney for the Defendant |
| Rebecca Baugh and Benjamin Baugh | Professional Credit Management, Inc. |