IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REBECCA BAUGH and
BENJAMIN BAUGH

V.                                  No. 10-5192

PROFESSIONAL CREDIT MANAGEMENT, INC.

## CLERK'S ORDER OF DISMISSAL

On this 2nd day of December, 2010, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure.

IT IS ORDERED that plaintiff's complaint be, and hereby is, dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


By: /s/ Teri Gunderson
       Deputy Clerk